UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT GUERIN, INDIVIDUALLY AND ON BEHALF OF AUSTIN GUERIN, AND DEBRA GUERIN | CIVIL ACTION<br><br>NUMBER 02-1066-JJB-DLD |
| VERSUS | |
| AMERICAN HOME PRODUCTS CORPORATION, ET AL | |
| **CONSOLIDATED WITH** | **THIS DOCUMENT PERTAINS TO:** |
| OSCAR FINLEY, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER 03-180-JJB-DLD |
| WYETH, INC., ET. AL. | |

**MAGISTRATE JUDGE'S REPORT**

This matter came before the court on a rule to show cause why the plaintiffs' action should not be dismissed. This matter involves claims by parents for damages allegedly sustained by their children as a result of the administration of childhood vaccines containing the preservative thimerosal to their children. The matter was administratively closed pending the resolution of certain claims in the Vaccine Court in December 2006, and reopened in June 2012 (rec. docs. 12 and 15).

On September 7, 2012, the court ordered plaintiffs to appear in court on October 4, 2012, to show cause why their case should not be dismissed for failure to prosecute and/or why appropriate sanctions should not be imposed against them for failure to appear for a status conference on September 6, 2012 (rec. doc. 26). Plaintiffs Oscar Finley and Terri Finley appeared in court on October 4, 2012, in response to the show cause order and stated that they no longer wanted to pursue their claims against the defendants and asked

that their case be dismissed (rec. doc. 27). Counsel for defendants were present at the show cause hearing and did not object to plaintiffs' request for dismissal.

Accordingly,

**IT IS RECOMMENDED** that claims brought by plaintiffs Oscar and Terri Finley against defendants should be **DISMISSED WITH PREJUDICE**.

Signed in Baton Rouge, Louisiana, on October 25, 2012.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT GUERIN, INDIVIDUALLY AND ON BEHALF OF AUSTIN GUERIN, AND DEBRA GUERIN | CIVIL ACTION |
| | NUMBER 02-1066-JJB-DLD |
| VERSUS | |
| AMERICAN HOME PRODUCTS CORPORATION, ET AL | |
| **CONSOLIDATED WITH** | **THIS DOCUMENT PERTAINS TO:** |
| OSCAR FINLEY, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER 03-180-JJB-DLD |
| WYETH, INC., ET. AL. | |

### NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. §636(b)(1), you have 14 (fourteen) days from date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on October 25, 2012.

**MAGISTRATE JUDGE DOCIA L. DALBY**